# EXHIBIT C

Home / Lawn & Garden / Watering & Irrigation Supplies / Hoses / Perfect Hose Deluxe Rugged Series Garden Hose, 50'

# Perfect Hose Deluxe Rugged Series Garden Hose, 50'

SKU: 266269

★★★★★  5.0 (1)    Write a review



   

$29.99


**Buy Online, Ship To Store**
Not Available


**In Store**
Check Availability

Enter a zip code or city and state

[                    Find                    ]    ☐ Show In Stock only

Unable to retrieve your location. No Stores Found.

**Nanuet**, NY - 8.63 Miles Away
122 East Route 59
Store Details

✓ In Stock

**New City**, NY - 8.92 Miles Away
182 North Main Street

## Product Description

- Perfect Hose Deluxe Rugged Series Garden Hose
- Rugged 3-layer latex tube with upgraded polyester exterior fibers ensuring a stronger and more durable hose
- 3x Expandable
- 8 Function nozzle
- High-pressure resistant
- Lightweight & compact
- Solid brass fittings
- Tangle-free, never kink or twist

- **Package Includes**:
    - 1 x Hose
    - 1 x Spray nozzle
    - 1 x Carry bag
- **Dimensions**: 50' L

# You may also like



**Suncast Smart Tube Hose Hideaway Reel, 150', Gray**

★★★★★ 4.8 (9)

$119.00

Spend **$119.00** and get a **$50.00 Crazy Deal Gift Card, Free!***

Buy Online



**Suncast Hosemobile Elite Decorative Metal Hose Cart, 200', Black**

★★★★★ 4.6 (15)

$135.00

Spend **$135.00** and get a **$50.00 Crazy Deal Gift Card, Free!***

Buy Online



**Signature Garden Heavy-Duty Spray Nozzle with 8 Watering Patterns, Green**

★★★★★ 4.0 (9)

$8.00



**Reinforced Heavy-Duty Backwash Hose, 50'**

$37.99

## Customer Ratings and Reviews

Write a review

**Rating Snapshot**

Select a row below to filter reviews.

| Stars | Count |
|---|---|
| 5★ | 1 |
| 4★ | 0 |
| 3★ | 0 |
| 2★ | 0 |
| 1★ | 0 |

**Average Customer Ratings**



| | Rating |
|---|---|
| Overall | ★★★★★ 5.0 |
| Quality | 5.0 |
| Value | 5.0 |

**CG-birdy**

Clinton, CT
Review **1**
Votes **9**
Gender **Prefer not to say**

★★★★★ · 9 months ago

**So far so good!**

Purchased this recently and have used it a few times. Really lightweight and easy to deal with. I hope it holds up.



Recommends this product ✓ Yes



Helpful?  Yes · 9   No · 5   Report

© 2018-2024 Ocean State Jobbers