# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>                          Plaintiff,<br><br>v.<br><br>PINNACLE BRANDS, LLC, and<br>OCEAN STATE JOB LOT OF DE, INC.,<br><br>                          Defendants. | C.A. No. _____<br><br>**DEMAND FOR JURY TRIAL** |

## PLAINTIFF TELEBRANDS CORPORATION'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Telebrands Corporation hereby files its Corporate Disclosure Statement and states that Plaintiff Telebrands Corporation does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorneys for Plaintiff*
*Telebrands Corporation*

*Of Counsel:*

Michael J. Zinna
Vincent M. Ferraro
Abhishek Bapna
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
mzinna@kelleydrye.com
vferraro@kelleydrye.com
ABapna@kelleydrye.com

Joshua B. Long
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Ste. 900
Houston, TX 77027
Telephone: (713) 355-5054
Facsimile: (713) 355-5001
jlong@kelleydrye.com

Dated:  July 9, 2024