IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELEBRANDS CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-799-RGA ) |
| PINNACLE BRANDS, LLC, and OCEAN STATE JOB LOT OF DE, INC., | ) ) ) |
| Defendants. | ) ) |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff Telebrands Corporation ("Plaintiff" or "Telebrands") and Defendants Pinnacle Brands, LLC and Ocean State Job Lot of DE, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint (D.I. 1) shall be extended to December 23, 2024.

| ASHBY & GEDDES | MORRIS JAMES LLP |
|---|---|
| */s/ Andrew C. Mayo* | */s/ Kenneth L. Dorsney* |
| Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> amayo@ashbygeddes.com | Kenneth L. Dorsney (#3726) <br> Cortlan S. Hitch (#6720) <br> 500 Delaware Ave., Ste. 1500 <br> Wilmington, DE 19801 <br> (302) 888-6800 <br> kdorsney@morrisjames.com <br> chitch@morrisjames.com |
| *Attorney for Plaintiff* | *Attorneys for Defendants Pinnacle Brands, LLC and Ocean State Job Lot of DE, Inc.* |

**SO ORDERED** this _____ day of December, 2024.

_____
United States District Court Judge

{02073580;v1 }