IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELEBRANDS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PINNACLE BRANDS, LLC, and OCEAN )<br>STATE JOB LOT OF DE, INC., )<br>)<br>Defendants. ) | C.A. No. 24-799-RGA |

### PINNACLE BRANDS, LLC'S MOTION TO DISMISS PLAINTIFF'S WILLFULNESS CLAIMS PURSUANT TO RULE 12(B)(6)

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Pinnacle Brands, LLC ("Pinnacle Brands") respectfully moves to dismiss Plaintiff Telebrands Corporation's ("Telebrands") claims for willfulness and enhanced damages under 35 U.S.C. § 284, including as set forth in paragraphs 21-22, 25, 29-30, and 33 of the Complaint, D.I. 1.

The grounds for this motion are fully set forth in Pinnacle Brands' opening brief in support of this motion. A proposed order is attached hereto.

Respectfully submitted,

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
Lindsey M. Gellar (No. 7202)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
lgellar@shawkeller.com
*Attorneys for Defendant Pinnacle Brands, LLC*

Dated: December 30, 2024