IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELEBRANDS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-799-RGA |
| | ) | |
| PINNACLE BRANDS, LLC, and OCEAN STATE JOB LOT OF DE, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING PINNACLE BRANDS, LLC'S MOTION TO DISMISS PLAINTIFF'S WILLFULNESS CLAIMS PURSUANT TO RULE 12(B)(6)**

At Wilmington this _____ day of _____, 2024, the Court having considered Defendant Pinnacle Brands, LLC's ("Pinnacle Brands") Motion to Dismiss Plaintiff's Willfulness Claims Pursuant to Rule 12(b)(6) (the "Motion"), and the briefing submitted by the parties in support of and in opposition to the Motion;

IT IS HEREBY ORDERED that Pinnacle Brands' Motion is GRANTED, and Plaintiff Telebrands Corporation's ("Telebrands") claims for willfulness and enhanced damages under 35 U.S.C. § 284, including as set forth in paragraphs 21-22, 25, 29-30, and 33 of the Complaint, D.I. 1, are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief can be granted.

_____
United States District Judge