# EXHIBIT C





=🚚 10007    🏬 Clifton    👤    🛒 0

Furniture  Mattresses  Home  Household Essentials  Grocery  Toys  Beauty & Personal Care  Pets  Patio & Garden  Sports & Outdoors  Kids & Baby

**Hide Deals** ∧

**Christmas** Starting at $2.50 Shop    ○ ○ ● ○ ○ ○

Home | Gift Shop | White Elephant & Novelty Gifts | As Seen on TV











As Seen On TV

# 50' Perfect Hose Deluxe

⭐⭐½☆☆  1.6    [5 Reviews](#)

## Selling Fast!
### Available In-Store Only

*Selling fast! Visit your local Big Lots store to purchase. In-Store availability may vary.*

[ Add to Cart ]

**his Product**      Product Details      Delivery & Return Policies      Customer

### Description
Make watering a breeze with this conveniently designed, ultra deluxe expandable hose - just turn on the water and watch it grow! This gadget is perfect for yard work, watering your flowers, plants and more.

### General Disclaimer
We aim to provide accurate product information, however some information presented is provided by a 3rd party and is subject to change See our disclaimer.

## Similar Items



**$1399.99**
Everyday Low Price

**Broyhill Tripoli Slate Sectional**
⭐⭐⭐⭐☆ 70



**15% Less Than Elsewhere**
**$1449.99**
Comp Value $1699.99

**Broyhill Parkdale Dove Sectional**
⭐⭐⭐⭐☆ 175

## Customers Also Bought



**Up to 27% Less Than Elsewhere**

## $799.99
Comp Value $1099.99

Broyhill
**Joey Envelope Reclining Sofa**



## $99.99
Everyday Low Price

Ameriwood
**Lincoln Magnolia Oak White Single...**
⭐⭐⭐⭐ 278





Follow Us

    

## Customer Care          ## Shop & Learn          ## Big Lots Corporate

| | | |
|---|---|---|
| Chat with us for website issues, orders and returns. | BIG Deals! Get them before they're gone! | For careers, Investor Relations and other Big Lots Information, visit: |
| Help Center | Shop Departments | Corporate Information Site |
| Live Chat | Store Finder | Big Lots Restructuring |
| Contact Customer Care | Gift Cards | Investors |
| Military Discount | Big Ideas, Inspiration & More! | Community |
| Order Status | | Environmental Social & Governance |
| FAQs | | Potential Suppliers |
| Return Policy | | Affiliate Program |

©2025 Big Lots Stores, Inc., or their affiliates. All rights reserved.

Cookie Preferences    User Agreement    Privacy Policy    CA Transparency Act

California Customers Only: Do Not Sell My Info    Manage Email Notifications