# EXHIBIT D

## Claim Chart for U.S. Patent No. 9,581,272

Telebrands Corporation ("Telebrands") provides evidence of infringement of Claim 1 of U.S. Patent No. 9,581,272 (the "'272 Patent") by Defendant Pinnacle Brands, LLC ("Pinnacle Brands" or "Defendant"). In support thereof, Telebrands provides the following claim chart.

"Accused Products" as used herein refers to at least the following infringing expandable hose products provided by Pinnacle Brands: the Rugged Hose, 50 foot; the Perfect Hose Deluxe Pro Full Size Garden Hose, 100 foot; the Perfect Hose Brass Fitting, 100 foot; the Perfect Hose Brass Fitting, 50 foot; the Perfect Hose Deluxe, 100 foot; the Perfect Hose Deluxe, 50 foot, the Perfect Hose Deluxe Pro, 100 foot; the Perfect Hose Deluxe Pro, 50 foot; the Perfect Hose Deluxe Rugged Series, 100 foot; the Perfect Hose Deluxe Rugged Series, 50 foot; the Perfect Hose, 100 foot; and the Perfect Hose, 50 foot.

This claim chart demonstrates Defendant's infringement by comparing each element of the asserted claim to corresponding components, aspects, and/or features of the Accused Products. This claim chart is not intended to constitute an expert report on infringement. This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based upon information from only publicly available sources regarding the Accused Products, as Defendant has not yet provided any non-public information. An analysis of Defendant's (or third parties') non-public documentation may assist in fully identifying all infringing components, aspects, features, and/or additional products provided by Defendant. Accordingly, Telebrands reserves the right to supplement this infringement analysis once such information is made available to Telebrands. Furthermore, Telebrands reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claim or claims.

Telebrands provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery. Telebrands reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Telebrands contends that Defendant directly infringes the '272 Patent in violation of 35 U.S.C. § 271(a) by making, using, offering for sale, or selling within the United States or importing into the United States the Accused Products. The following exemplary analysis demonstrates that infringement. Defendant makes, uses, offers for sale, sells, and/or imports in the United States, or has made, used, offered for sale, sold, and/or imported in the past, without authority, products that infringe at least claim 1 of the '272 Patent, including without limitation, the Accused Products.

Unless otherwise noted, Telebrands believes and contends that each element of each claim asserted herein is literally met by the Accused Products. However, to the extent that Defendant attempts to allege that any asserted claim element is not literally met, Telebrands believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Products, Telebrands did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Products, as set forth herein. In each instance, the identified feature of the Accused Products performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically-identified Accused Products, Telebrands asserts that, on information and belief, any similarly-functioning products also infringe the charted claim. Telebrands reserves the right to amend this infringement analysis based on other products made, used, offered for sale, sold, and/or imported by Defendant. Telebrands also reserves the right to amend this infringement analysis by identifying additional claims of the '272 Patent not identified in this claim chart, that are infringed by the Accused Products. Telebrands further reserves the right to amend this infringement analysis by adding, removing, or otherwise modifying content in the "Accused Products" column of each chart.

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[PRE] | A hose comprising: | The Accused Products are hoses. <br><br> For example, below is a screen shot of the Perfect Hose Deluxe Rugged Series (50ft) provided by Pinnacle Brands. <br><br> **Perfect Hose Deluxe Rugged Series Garden Hose, 50'** <br> SKU: 266269 |

3

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Below are additional photos taken of the Perfect Hose Deluxe Rugged Series (50ft) provided by Pinnacle Brands.

![Perfect Hose Deluxe Rugged Series 50ft packaging]

![Box end with Pinnacle Brands label and California Prop 65 warning] |

4

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[A] | a flexible elongated outer tube member having a first end and a second end, an interior of said outer tube member being substantially hollow; | The Accused Products have a flexible elongated outer tube member (*i.e.*, blue and black fabric, flexible, and elongated outer tube shown in the below images) having a first end and a second end; the interior of the outer tube member is substantially hollow.<br><br>The below image taken of the Accused Product shows the blue and black fabric, flexible, and elongated outer tube member having a first end and a second end (each end connected to a metal connector).<br><br>![Perfect Hose Deluxe Rugged Series 50FT product image] |

5

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | The below image taken of the Accused Product shows that the flexible elongated outer tube member (*i.e.*, blue and black fabric) is substantially hollow. |
| 1[B] | a flexible elongated inner tube member having a first end and a second end, an interior of said inner tube member being substantially hollow, said inner tube member is made from an elastic material having an elongation ratio between two and six times its contracted or unexpanded length; | The Accused Products have a flexible elongated inner tube member (*i.e.*, blue elastic tube shown inside the blue and black fabric outer tube member in the below images) having a first end and a second end; the interior of the inner tube member is substantially hollow; the inner tube member is made of an elastic material; the elastic material has an elongation ratio between two and six times its contracted or unexpanded length.<br><br>The Accused Products have an inner latex core or tube (which is elastic) that runs the length of the outer tube and thus has a first end and a second end. The Accused Products (and thus, the inner latex tube) goes from a contracted or |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | unexpanded state (*i.e.*, when no water pressure is being applied to the hose) to a stretched or expanded state (*i.e.*, when pressurized water is being applied to the hose). The product packaging states that the hose is "3x Expandable." Further, the "Specifications" on the packaging state that the "original length" of the hose is 15.4 feet while the "expanding length" of the hose is 50 feet. This means that the elongation ratio of the elastic material is approximately three times its contracted or unexpanded length.<br><br>The below image taken of the Accused Product shows that the flexible elongated latex inner tube member (*i.e.*, blue inner tube inside the blue and black fabric outer tube) is substantially hollow.<br><br>[image of hose cross-section showing blue inner tube surrounded by blue and black braided fabric outer tube] |

7

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| 1[C] | an inlet coupler secured to said first end of said inner and said outer tube members, said inlet coupler having a flow thru aperture with an inlet tubular extension section sealed to a first open end of said inner tube member and secured to a first open end of said outer tube member; | The Accused Products have an inlet coupler (*i.e.*, first connector that connects the hose to a conventional faucet or spigot thereby providing pressurized water) secured to the first ends of the inner and the outer tube members, and the inlet coupler has a flow thru aperture with an inlet tubular extension section sealed to a first open end of the inner tube member and secured to a first open end of the outer tube member.<br><br>The below image shows the inlet coupler (*i.e.*, first connector, annotated in red) secured to one end of the hose (and thus, a first end of the inner latex tube and the outer fabric tube). As seen in the below image, the packaging refers to this inlet coupler as a "solid metal connector." |

8

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Further, the below image of the Accused Product shows that the inlet coupler (*i.e.*, first connector) is secured to the first ends of the inner and outer tube members. The image shows that the first ends of the inner and outer tube members are crimped together and thereby connected to the inlet coupler. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Moreover, the below images of the Accused Product show the inlet coupler (i.e., the first connector identified by the blue arrow) has a flow thru aperture (identified by the red arrow) with an inlet tubular extension section (identified by the orange arrow) sealed to a first open end of the inner tube member and secured to a first open end of the outer tube member. |

10

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Notably, the first open end of the inner tube member and the outer tube member are crimped together to the inlet tubular extension section and therefore the inlet tubular extension section is sealed to the first open end of the inner tube member and secured to the first open end of the outer tube member. |
| 1[D] | an outlet coupler secured to said second end of said inner and said outer tube members, said outlet coupler having a flow thru aperture with an outlet tubular extension section sealed to a second open end of said inner tube member and secured to a second open end of said outer tube member; | The Accused Products have an outlet coupler (*i.e.*, second connector) secured to the second ends of the inner and outer tube members, and the outlet coupler has a flow thru aperture with an outlet tubular extension section sealed to a second open end of the inner tube member and secured to a second open end of the outer tube member.<br><br>The below image shows the outlet coupler (*i.e.*, second connector, annotated in red) secured to the second end of the hose (and thus, the second end of the inner latex tube and the outer fabric tube). As seen in the below image, the packaging refers to this outlet coupler as a "solid metal connector." |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Further, the below image of the Accused Product shows that the outlet coupler (*i.e.*, second connector) is secured to the second ends of the inner and outer tube members. The image shows that the second ends of the inner and outer tube members are crimped together and thereby connected to the outlet coupler. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Moreover, and similar to the inlet coupler, the below images of the Accused Product show the outlet coupler (i.e., second connector identified by the blue arrow) having a flow thru aperture (identified by the red arrow) with an outlet tubular extension section (identified by the orange arrow) sealed to the second open end of the inner tube member and secured to the second open end of the outer tube member. |

13

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Notably, the second open end of the inner tube member and the outer tube member are crimped together to the outlet tubular extension section and therefore the outlet tubular extension section is sealed to the second open end of the inner tube member and secured to the second open end of the outer tube member. |
| 1[E] | and a flow restrictor secured to said outlet coupler, | The Accused Products have a flow restrictor (*i.e.*, spray nozzle) coupled to the outlet coupler (*i.e.*, second connector).<br><br>The below image shows the flow restrictor (*i.e.*, spray nozzle), annotated in red, which is secured to the outlet coupler via a threaded coupling connection. The spray nozzle allows a user to manually control water flow out of the hose via a handle – that is, the spray nozzle prevents water from flowing out of the nozzle when the handle is in an off/closed (*i.e.*, relaxed) position and permits water to flow out of the nozzle when the handle is in an on/open (*i.e.*, squeezed) position. |

14

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | | Further, the below image shows that the flow restrictor (*i.e.*, spray nozzle) is secured to the outer coupler (*i.e.*, second connector) via a threaded coupling connection. |
| 1[F] | whereby said flow restrictor creates an increase in water pressure between said inlet coupler and said outlet coupler upon the introduction of pressurized water through said inlet coupler to expand said inner tube member longitudinally along a length of said inner tube member and laterally across a width of said inner tube member thereby substantially increasing a length of said inner tube member to an expanded condition within said outer tube member, wherein said inner tube contracts to a substantially decreased or relaxed | The Accused Products operate such that they satisfy this limitation.<br><br>For example, the Accused Products operate as follows: (1) the inlet coupler is attached to a faucet, water spigot, or pressurized water source and the outlet coupler is connected to a spray nozzle with the handle in the off/closed position; (2) pressurized water is introduced to the hose through the inlet coupler and into the inner tube member; (3) at this point, water pressure builds up in the inner tube member and expands the inner tube member longitudinally along the length of the inner tube and laterally across the width of the inner tube, which increases the length of the inner tube (and the hose) to an expanded condition within the outer tube member.<br><br>The Accused Product's product packaging states that the hose is "3x Expandable." Further, the "Specifications" on the packaging state that the "original length" of the hose is 15.4 feet while the "expanding length" of the |

15

| Claim Element | Claim Language | Accused Products |
|---|---|---|
| | length when there is a decrease in water pressure between said inlet coupler causing said outer tube member to be gathered into a contracted state. | hose is 50 feet. That is, the Accused Products go from an unexpanded or relaxed length of 15.4 feet when no water pressure has been introduced to the hose to an expanded or pressured length of 50 feet when water pressure is introduced to the hose. The inner tube must also expand laterally across a width of the inner tube as the pressure of the water increases the size of the hose to the expanded condition.<br><br>The Accused Products further operate such that stopping the flow of pressurized water into the inlet coupler (shutting the faucet or water spigot off) and releasing the pressurized water out of the outlet coupler (opening the nozzle) results in an automatic contraction of the latex inner tube (and thus, a contraction of the hose to a decreased or relaxed length) causing the outer tube to be gathered into a contracted state.<br><br>*See also infra* Perfect Hose Deluxe Rugged Series Instruction Manual (pictured below), which is shipped with the Accused Products, and explains this process. |

| Claim Element | Claim Language | Accused Products |
|---|---|---|
|  |  | *Deluxe* **PERFECT HOSE RUGGED SERIES** INSTRUCTION MANUAL PLEASE READ CAREFULLY BEFORE USING

**INSTRUCTIONS**
1. Pull out and unwind your Perfect Hose Rugged Series
2. Establish the entrance end and the exit end of the hose
3. If you have a spray nozzle connect it to the exit end of the hose. If not connect the valve provided
4. Make sure the valve is set to OFF
5. Connect your Perfect Hose Rugged Series to the water supply unit
6. Switch on the water supply unit. Steadily increase water pressure so your hose can begin to expand
7. When you're finished using the hose turn the valve OFF
8. Switch off the water supply unit so the water comes out of the hose and it shrinks back to its normal size
9. Once all the water is out store it in a safe area

**⚠ WARNING**
- MUST NOT LEAVE THE WATER ON WHEN NOT IN USE
- KEEP OUT OF REACH OF CHILDREN. THIS PRODUCT IS NOT A TOY!
- MUST NOT USE HOT WATER IN THE HOSE
- MUST NOT DRINK ANY WATER FROM THIS HOSE AS THE WATER COULD BECOME CONTAMINATED AND WILL CAUSE HARM TO YOUR HEALTH
- DURING SUMMER STORE IN SHADED AREA
- DURING WINTER STORE INDOORS AS ANY WATER INSIDE CAN FREEZE AND DAMAGE THE UNIT
- USE THE HOSE ONLY FOR ITS INTENDED PURPOSE
- MUST NOT USE FOR COMMERCIAL APPLICATION

**⚠ CAUTION**
TO AVOID BURSTING ENSURE WATER PRESSURE IS NOT TOO HIGH |

17