IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELEBRANDS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PINNACLE BRANDS, LLC, )<br>)<br>Defendant. ) | C.A. No. 24-799-RGA-SRF |

## STIPULATION AND ORDER

WHEREAS the parties reached an agreement in principle to resolve this case; and

WHEREAS the parties wish to focus their efforts on finalizing a settlement agreement without incurring unnecessary litigation costs;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that all deadlines in this case are stayed for forty-five (45) days. If the parties have not filed a stipulation of dismissal by May 8, 2025, they shall submit a joint status report to the Court.

| | |
|---|---|
| ASHBY & GEDDES | SHAW KELLER LLP |
| */s/ Andrew C. Mayo* | */s/ Andrew E. Russell* |
| Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com | Andrew E. Russell (#5382)<br>Lindsey M. Gellar (#7202)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>lgellar@shawkeller.com |
| *Of Counsel*: | *Counsel for Defendant* |
| Michael J. Zinna<br>Vincent M. Ferraro<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>New York, NY 10007<br>(212) 808-7800<br>mzinna@kelleydrye.com<br>vferraro@kelleydrye.com | |
| Joshua B. Long<br>KELLEY DRYE & WARREN LLP<br>515 Post Oak Boulevard, Suite 900<br>Houston, TX 77027<br>(713) 355-5054<br>jlong@kelleydrye.com | |
| *Counsel for Plaintiff* | |

Dated:  March 24, 2025

SO ORDERED, this 25th day of March, 2025.

/s/ Richard G. Andrews
United States District Judge