IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELEBRANDS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PINNACLE BRANDS, LLC, )<br>)<br>Defendant. ) | C.A. No. 24-799-RGA-SRF |

**<u>STIPULATION AND [PROPOSED] ORDER</u>**

WHEREAS the parties reached an agreement in principle to resolve this case; and

WHEREAS, the parties have exchanged a draft settlement agreement and revisions to the terms of same;

WHEREAS the parties remain focused on finalizing a settlement agreement without incurring unnecessary litigation costs; and

WHEREAS, the Court previously stayed deadlines in this action in view of the agreement in principle to resolve this case (D.I. 44);

WHEREAS, the parties require some additional time to finalize the terms of a settlement agreement and request that the stay be further extended to accommodate those discussions;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, subject to the approval of the Court, that the stay in this matter is extended through and including November 21, 2025. If the parties have not filed a stipulation of dismissal by November 21, 2025, they shall submit a joint status report to the Court.

| | |
|---|---|
| ASHBY & GEDDES | SHAW KELLER LLP |
| /s/ Andrew C. Mayo | /s/ Andrew E. Russell |
| Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>amayo@ashbygeddes.com | Andrew E. Russell (#5382)<br>Lindsey M. Gellar (#7202)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>lgellar@shawkeller.com |
| *Of Counsel*: | *Counsel for Defendant* |
| Michael J. Zinna<br>Vincent M. Ferraro<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>New York, NY 10007<br>(212) 808-7800<br>mzinna@kelleydrye.com<br>vferraro@kelleydrye.com | |
| Joshua B. Long<br>KELLEY DRYE & WARREN LLP<br>515 Post Oak Boulevard, Suite 900<br>Houston, TX 77027<br>(713) 355-5054<br>jlong@kelleydrye.com | |
| *Counsel for Plaintiff* | |

Dated: November 7, 2025

SO ORDERED, this __10th__ day of __November__, 2025.

/s/ Richard G. Andrews
United States District Judge