IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TELEBRANDS CORPORATION,               )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )    C.A. No. 24-799-RGA-SRF
                                      )
PINNACLE BRANDS, LLC,                 )
                                      )
                    Defendant.        )

## JOINT STATUS REPORT

Pursuant to the Court's April 30, 2026 Oral Order (D.I. 59), Plaintiff Telebrands Corporation ("Plaintiff") and Defendant Pinnacle Brands, LLC ("Defendant") (collectively, the "Parties") hereby submit this Joint Status Report.

The Parties have entered into a fully executed settlement agreement.  Defendant's first payment pursuant to that Agreement was due on May 1, 2026.  That payment has not yet been made, but Defendant's counsel has represented that the payment is scheduled to be made by May 7, 2026.  Upon Defendant's satisfaction of that obligation, the Parties anticipate filing a notice of dismissal within five (5) business days.  Should the Court have any questions or require additional information, the Parties are available at the Court's convenience.

{02227983;v1 }                        - 1 -

ASHBY & GEDDES

/s/ Andrew C. Mayo

_____
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Of Counsel*:

Michael J. Zinna
Vincent M. Ferraro
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, NY 10007
(212) 808-7800
mzinna@kelleydrye.com
vferraro@kelleydrye.com

*Counsel for Plaintiff*

Dated:  May 4, 2026

SHAW KELLER LLP

/s/ Andrew E. Russell

_____
Andrew E. Russell (#5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
lgellar@shawkeller.com

*Counsel for Defendant*