IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELEBRANDS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-799-RGA-SRF |
| | ) | |
| PINNACLE BRANDS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 20, 2026 Oral Order (D.I. 63), Plaintiff Telebrands Corporation ("Plaintiff") and Defendant Pinnacle Brands, LLC ("Defendant") (collectively, the "Parties") hereby submit this Joint Status Report.

Plaintiff states that after many months of negotiation, the Parties executed a settlement agreement. *See* D.I. 60 at 1. The executed agreement called for settlement payments beginning May 1, 2026. In the Parties' May 4, 2026 Joint Status Report, Defendant represented that, although payment was not made on May 1, it would be completed by May 7, 2026. *See id.* Following no payment on May 7, 2026, Plaintiff informed Defendant of Defendant's breach on May 22, 2026. No payments were received as previously agreed on June 1 or July 1.

On July 17, Defendant made its May 1, 2026 payment, but has not made its June or July payments. Plaintiff informed Defendant that it intends to move to add a breach of contract cause of action to the case, and the parties are meeting and conferring about this next week. Plaintiff does not intend to dismiss this action until it receives the required payments and reserves all rights and remedies arising from Defendant's breach of the settlement agreement. Plaintiff continues to follow up with Defendant regarding the status of payments.

Defendant's counsel states that Defendant has informed its counsel that it intends to make the June and July payments, and expects to do so by July 28.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Of Counsel*:

Michael J. Zinna
Vincent M. Ferraro
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, NY 10007
(212) 808-7800
mzinna@kelleydrye.com
vferraro@kelleydrye.com

*Counsel for Plaintiff*

SHAW KELLER LLP

*/s/ Andrew E. Russell*

Andrew E. Russell (#5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com

*Counsel for Defendant*

Dated: July 23, 2026