IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELEBRANDS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 24-799-RGA-SRF |
| | ) | |
| PINNACLE BRANDS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated July 25, 2026 (D.I. 65), Plaintiff Telebrands Corporation ("Plaintiff") and Defendant Pinnacle Brands, LLC ("Defendant") (collectively, the "Parties") hereby submit this Joint Status Report.

Defendant remains two months behind on its agreed-to payment plan, and will be three months behind if it does not make a payment by September 1, 2026. Defendant has been in breach of the parties' settlement agreement since May 1, 2026 when it did not make its first payment on time on May 1, and has never caught up. Plaintiff informed Defendant of Defendant's breach on May 22, 2026.

Plaintiff informed Defendant that it intends to move to add a breach of contract cause of action to the case. The parties met and conferred about this last month but no agreement was reached.

Plaintiff is hesitant to burden the Court with reactivating and expanding this lawsuit, but frankly, feels like it may be out of other options. Despite looking the other way when the only two payments Defendant has made were late, empty promises and late payments continue, on top of the hassle of having to continually follow up with opposing counsel about his client's lack of compliance with the agreement. Plaintiff would welcome the Court's guidance on the best course forward.

Plaintiff does not intend to dismiss this action until it receives the required payments and reserves all rights and remedies arising from Defendant's breach of the settlement agreement. Plaintiff continues to follow up with Defendant regarding the status of payments.

Defendant's counsel states that Defendant has informed its counsel that the June payment has been made, that it has had financial difficulties but is continuing to make efforts towards fulfilling the July and August payments as soon as it can, and that it intends to continue to make payments going forward.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
Jeffrey J. Lyons (#6437)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jlyons@ashbygeddes.com

*Of Counsel*:

Michael J. Zinna
Vincent M. Ferraro
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, NY 10007
(212) 808-7800
mzinna@kelleydrye.com
vferraro@kelleydrye.com

*Counsel for Plaintiff*

SHAW KELLER LLP

*/s/ Andrew E. Russell*

Andrew E. Russell (#5382)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com

*Counsel for Defendant*

Dated: August 28, 2026